1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone: (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5
   Attorney for Defendant
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:14-cr-00321-KJD-NJK-2 |
|---|---|
| Plaintiff, | DEPT.: XXVII |
| vs. | |
| JUSTIN LOPER, | |
| Defendant. | |

### ORDER GRANTING
### DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER

COMES NOW Defendant, JUSTIN LOPER, by and through his attorney of record, Maysoun Fletcher, Esq., with The Fletcher Firm, P.C., and hereby submits this Defendant's Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report and Proposed Order.

Dated this 21st day of January, 2015.

By: _____
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

## **STATEMENT OF FACTS**

On September 30, 2014, Mr. Loper was indicted with one (1) count of Conspiracy to Interfere with Commerce by Robbery, two (2) counts of Brandishing a Firearm in Furtherance of a Crime of Violence, and two (2) counts of Interference with Commerce by Robbery. Trial is currently set for March 30, 2015.

The Defense has received the discovery on this matter. Given the fact that Mr. Loper might face sentencing enhancements, the parties have agreed to request a pre-plea PSI for Mr. Loper. Additionally, the parties request that the Court order its preparation.

Dated this 21st day of January, 2015.

By: _____
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant, Mr. Loper

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,  Plaintiff, | CASE NO.: 2:14-cr-00321-KJD-NJK-2 |
|---|---|
| vs. | **ORDER** |
| JUSTIN LOPER,  Defendant. | |

IT IS HEREBY ORDERED that the Department of Parole and Probation prepare a pre-plea presentence investigation report for Defendant Justin Loper.

Dated this 22nd day of January, 2015.

_____
United State Magistrate Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Fletcher Firm, P.C., and on this _____ day of January, 2015, I did serve a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER by U.S. District Court CM/EMF Electronic Filing to:

Daniel G. Bogden
United State Attorney
Sarah E. Griswold
Assistant United States Attorney
330 Las Vegas Boulevard South
5th Floor
Las Vegas, Nevada 89101

and

All other parties and counsel included in the CM/EMF filing list.

/s/ *[signature]*
An Employee of The Fletcher Firm, PC