1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00321-KJD-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER RE: MOTION TO |
| vs. | ) | WITHDRAW |
| | ) | |
| JUSTIN LOPER, | ) | (Docket No. 149) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to withdraw as attorney for Defendant Justin Loper. Docket No. 149.  The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on March 28, 2016, in Courtroom 3C.

IT IS SO ORDERED.

DATED:   March 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge