1
2
3
4
**UNITED STATES DISTRICT COURT**
5
**DISTRICT OF NEVADA**
6
7 UNITED STATES OF AMERICA,                    )
8                     Plaintiff,         )          Case No. 2:14-cr-00321-GMN-NJK
                               )
9 vs.                                          )
                               )          ORDER SETTING HEARING
10 JUSTIN LOPER,                               )
                               )
11                   Defendant.        )          (Docket No. 183)
                               )
12
13       Defendant Justin Loper has submitted a motion to dismiss appointed counsel and appoint new
14 counsel.  Docket No. 183.  The Court hereby sets a hearing on Defendant's motion for July 7, 2016, at
15 10:30 a.m. in courtroom 3B.  Defendant and his counsel are required to be present in the courtroom at
16 the hearing.
17       IT IS SO ORDERED.
18       DATED: July 5, 2016.
19
20                                   _____
                                  NANCY J. KOPPE
21                                   United States Magistrate Judge
22
23
24
25
26
27
28