Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Fascimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Justin Loper

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN LOPER<br>　　　　　Defendant. | CASE NO.: 2:14-cr-0321-GMN-NJK<br><br>STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT LOPER'S OBJECTION TO REPORT AND RECOMMENDATION<br>(first request) |

IT IS HEREBY STIPULATED AND AGREED between parties, Daniel G. Bogden, United States Attorney for the District of Nevada, Alexandra Michael, Assistant United States Attorney, and Maysoun Fletcher, counsel for Defendant Justin Loper, that the Defendant's time to object to the Report and Recommendation (Doc. 192), be continued to August 5, 2016.

This stipulation is entered for the following reasons:

1.  The parties are attempting to negotiate a resolution.

2.   The parties agree to the continuance.

3.  Denial of this request for continuance could result in a miscarriage of justice.

DATED: July 19, 2016.


_/s/  Alexandra Michael____　　　　　　　___/s/ Maysoun Fletcher_____
**Alexandra Michael, Esq.**　　　　　　　**Maysoun Fletcher, Esq.**
Assistant United States Attorney　　　　　5510 South Fort Apache Road
333 Las Vegas Boulevard South #5000　　Las Vegas, Nevada 89148
Las Vegas, Nevada 89101　　　　　　　　Attorney for Defendant, Justin  Loper

1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone:  (702) 835-1542
4  Fascimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Attorney for Defendant,
   JUSTIN LOPER

6

7                        **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

   UNITED STATES OF AMERICA,              CASE NO.: 2:14-cr-0321-GMN-NJK
9  Plaintiff,

10 vs.

11 JUSTIN LOPER
   Defendant.
12

13                            <u>**ORDER**</u>

14         Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS

15 HEREBY ORDERED, Defendant's time to object to the Report and Recommendation (Doc. 192),

16 is continued to August 5, 2016.

17                            _____
                              GLORIA M. NAVARRO
18                            U.S. DISTRICT JUDGE

19                                   July 20, 2016

20

21

22

23

24

25

26

27

28

                                        2