# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:14-cr-00321-GMN-NJK |
| vs. | ) |
| JUSTIN LOPER | ) |
| Defendant. | ) **ORDER** |

On August 30, 2016, the Court GRANTED defendant's oral MOTION for APPOINTMENT of NEW COUNSEL and ORDERED that the CJA administrator shall designate new counsel for JUSTIN LOPER.

Accordingly, IT IS HEREBY ORDERED that MACE J. YAMPOLSKY, is APPOINTED as counsel for JUSTIN LOPER for all future proceedings.

Maysoun Fletcher's office shall forward the file to Mr. Yampolsky forthwith.

DATED this \_\_30\_\_ day of August, 2016.
*Nunc Pro Tunc: August 30, 2016.*

_____
UNITED STATES DISTRICT JUDGE