**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff-Appellee, )<br><br>        vs. )<br><br>JUSTIN LOPER, )<br><br>    Defendant-Appellant. ) | 2:14-cr-00321-GMN-NJK-2<br><br>**AMENDED ORDER** |

At the Sentencing and Disposition held on September 6, 2017, this Court ordered the CJA Coordinator to appoint appellate counsel for defendant Justin Loper.

ACCORDINGLY, IT IS HERE BY ORDERED that Jamie Resch is appointed to represent Justin Loper for his appeal. Mr. Resch's address is 2620 Regatta Drive, Suite 102, Las Vegas, NV 89128 and his phone number is 702-483-7360.

Former counsel, Mace J. Yampolsky's office is directed to forward the file to Mr. Resch forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this  15   day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE