UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 2:14-cr-321-GMN-NJK-2

vs.

JUSTIN LOPER,

        Defendant.

---

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On September 29, 2017, this court received a transcript order form dated September 29, 2017, requesting the transcript of hearings held on 10-7-14, 3-28-16, 5-3-16, 7-7-16, from Jamie Resch, counsel for defendant, in which a portion of the hearing is sealed.

IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by defendant's counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that defendant's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATE: Oct. 19, 2017

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE